AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

LARRY SOLOMON

Unsealed
~~UNDER SEAL~~

**WARRANT FOR ARREST**

CASE NUMBER: 05-0294M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___LARRY   SOLOMON___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

**FILED**

MAY 2 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

charging him or her with (brief description of offense)

knowingly and willfully making materially false, fictitious, and fraudulent statements and representations and making and used materially false writings and documents knowing the same to contain materially false, fictitious, and fraudulent statements and entries in connection with the delivery of, and payment for, health care benefits, items, and services.

violation of Title __18__ United States Code, Section(s) § __1035__.

| | |
|---|---|
| Alan Kay<br>U.S. Magistrate Judge<br>Name of Issuing Officer | ALAN KAY<br>U.S. MAGISTRATE JUDGE<br>Title of Issuing Officer |
| [signature]<br>Signature of Issuing Officer | MAY 1 8 2005   District of Columbia<br>Date and Location |

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at ___11315 Old Prospect Hill Rd   Glenn Dale, MD___

| DATE RECEIVED<br>5/18/05 | NAME AND TITLE OF ARRESTING OFFICER<br>SA Sherri Queener<br>Special Agent FBI | SIGNATURE OF ARRESTING OFFICER<br>[signature] |
|---|---|---|
| DATE OF ARREST<br>5/24/05 | | |