AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

LARRY SOLOMON

**UNDER SEAL**

**WARRANT FOR ARREST**

CASE NUMBER:  0 5 - 0 2 9 4 M - 0 1

**FILED**

MAY 2 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ LARRY    SOLOMON _____
                                                      Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and willfully making materially false, fictitious, and fraudulent statements and representations and making and used materially false writings and documents knowing the same to contain materially false, fictitious, and fraudulent statements and entries  in connection with the delivery of, and payment for, health care benefits, items, and services.

violation of Title 18  United States Code, Section(s) § 1035.

Alan Kay
U.S. Magistrate Judge

Name of Issuing Officer

_____
Signature of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE

Title of Issuing Officer

MAY 1 8 2005    District of Columbia

Date and Location

Bail fixed at $ _____    by _____
                                              Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | 1131S Old Prospect Hill Rd Glenn Dale, MD | |
| DATE RECEIVED 5/18/05 | NAME AND TITLE OF ARRESTING OFFICER SA Sherri Queener Special Agent FBI | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 5/24/05 | | |