## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Criminal No.: 05-205 (RWR) |
| | : |
| **LARRY SOLOMON,** | : |
| | : |
| **Defendant.** | : |
| | : |
| **In Re the Criminal Forfeiture** | : |
| **of Real Property located at** | : |
| **xxxxxxxxxxxxxxxxxxxxxxxxxx** | : |
| **Glenn Dale, Maryland** | : |
| | : |

### NOTICE OF FILING
### NOTICE OF *LIS PENDENS*

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully notes the filing, as part of the record in the above-captioned case, of the attached Notice of *Lis Pendens*, filed on May 27, 2005, as Case Number CAE05-10970, with the Prince Georges County Clerk of the Circuit Court 14735 Main Street, Upper Marlboro, Maryland.

Respectfully submitted,

KENNETH L. WAINSTEIN  (DC Bar #451058)
United States Attorney

By: _____
THOMAS ZENO (DC Bar #348623)
KIM HERD (DC Bar #461615)
LINDA OTANI McKINNEY   (DC Bar #416548)
Assistant United States Attorneys
United States Attorney's Office
Criminal Division
555 Fourth Street, N.W., Rm. 4231
Washington, D.C. 20530
(202) 514-7061

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Filing has been mailed this _____ day of June, 2005, to:

Mary Petras
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(Counsel for defendant Solomon)


Marcello Nucci
7304 Connecticut Avenue
Chevy Chase, MD 20815


John Nucci
3250 Bottner Road
Gambrills, MD 21054-2102


Mary Nucci
1509 North Ft. Lauderdale Beach Blvd.
Ft. Lauderdale, FL 33304-1715


_____
LINDA OTANI McKINNEY
Assistant United States Attorney