Attachment
Cr. No. 05-205 (RWR)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CAE-05-10970

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No.: 05-205 (RWR) |
| | : |
| LARRY SOLOMON, | : |
| Defendant. | : |
| | : |
| In Re the Criminal Forfeiture of Real Property located at | : |
| Glenn Dale, Maryland | : |

*[Stamp: 2005 MAY 27 PM 4:19 PR GEO CO, MD / Clerk of the Circuit Court]*

### NOTICE OF *LIS PENDENS*

NOTICE IS HEREBY GIVEN that the above-captioned action has commenced and is now pending in the Federal District Court of the District of Columbia between the above-named parties.

One aspect thereof is to obtain judicial forfeiture of certain real property, located in the District of Maryland, derived from proceeds traceable to health care fraud, in violation of 18 U.S.C. § 1347; false statements regarding health care matters; and/or property involved in, or traceable to property involved in, money laundering, in violation of 18 U.S.C. §§ 1956 and 1957.

The name(s) of the person(s) whose estate(s) or interest(s) are possibly to be affected are Larry Solomon, Marcello Nucci, John Nucci, and Mary Nucci, and any persons alleging any interest in the property.

The property to be forfeited by reason of the foregoing, pursuant to the provisions contained in 18 U.S.C. § 982(a)(1) and (7), and to which this *Lis Pendens* refers, is the defendant real property,

with appurtenances and improvements thereon, located at       Glenn Dale, Maryland, more fully described as:

    Beginning for the same, at a point in the road leading from Glendale to Upper Marlboro and at the end of the sixth line of a deed from Gabriel Duvall to Augusta Duvall for 38.8 acres, dated July 8, 1891, and recorded among the land records of Prince George's County, Maryland, in Liber        at Folio    . It also being the beginning point of the first tract of 9.07 acres of a deed by Mary F. Sill to Forest L. Peddecord made September 11, 1937 and recorded in Liber     at Folio    , and running thence with the seventh line of aforesaid deed of Duvall to Duvall with an allowance of 2 deg. 20 min. variation South 67 deg. 49 min. East 467.28 feet to the end thereof; thence South 33 deg. 00 min. 50 sec. East 606.46 feet: thence South 37 deg. 40 min. East 165 feet to a stone. Thence leaving said road and running North 77 deg. 0 min. 19 sec. West 778.19 feet to a stone on the sixth line of aforesaid conveyance. Thence with the said sixth line North 9 deg. 40 min. West 632.10 feet to a stone on the said of aforesaid road. Thence still on line North 9 deg. 40 min. West 15 feet to the beginning, Containing 7.55 acres.

    Savings and escepting [sic] all that portion of land conveyed by Louis L. Poats and Dorothy E. Poats to Pirly I. Gatton and Shirley M. Gatton, by deed dated January 12, 1959, and recorded March 26, 1959 in Liber       at folio     , and containing .302 acres, and, saving and excepting all that portion of land conveyed by Louis L. Poats and Dorothy E. Poats to Pirly I. Gatton and Shirly M. Gatton, By deed dated March 4, 1954 and recorded March 6, 1954, in Liber       at folio       and containing .71 acres; and saving and excepting all that portion of land conveyed by Louis L. Poats and Dorothy E. Poats to Edgar P. Carroll and Ruth Carroll, by deed dated August 2, 1957 and recorded August 13, 1957, in Liber       at folio       and containing 1 acres; and saving and excepting all that portion conveyed by Louis L. Poats and Dorothy E. Poats to Donald E. Teachout, Jr. and Clara R. Teachout by deed dated January 10, 1975 and recorded January 14, 1975 in Liber       at folio       and containing .070 acres; and saving and excepting all that portion of land conveyed by Louis L. Poats and Dorothy E. Poats to DeForest W. Millard and Irene H. Millard by deed dated September 14, 1957 and recorded September 24, 1957 in Liber       at folio       and containing 21,780 square feet of land.

For further information concerning this action, reference may be made to the records of the Criminal Docket Clerk of the Federal District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

WITNESS my hand this 27th day of May, 2005.

Respectfully submitted,

KENNETH L. WAINSTEIN (DC Bar #451058)
United States Attorney

By: THOMAS ZENO (DC Bar #348623)
KIM HERD (DC Bar #461615)
LINDA OTANI McKINNEY (DC Bar #416548)
Assistant United States Attorneys
United States Attorney's Office
Criminal Division
555 Fourth Street, N.W., Rm. 4231
Washington, D.C. 20530
(202) 514-7061

Washington,            )
                       )
                       )
                       ) SS
                       )
District of Columbia   )

I, Jessica McCormick, a Notary Public in and for the District of Columbia, DO HEREBY CERTIFY THAT the United States of America, pray to a certain *Lis Pendens* bearing date on the \_\_\_\_\_ day of May, 2005, and hereto annexed, personally appeared before me in said District of Columbia, Linda Otani McKinney, Assistant United States Attorney, being personally well known to me as the person who executed the said *Lis Pendens* and acknowledged the same to be her act and deed.

Given under my hand and seal this 27th day of May, 2005.

_____
Notary Public
Jessica McCormick
Notary Public, District of Columbia
My Commission Expires 12-14-2006

My Commission Expires: _____