UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>LARRY SOLOMON,    )<br>    Defendant   )<br>) | Case Number 1:05-cr-00205-RWR<br>Next Event:  Status Hearing<br>         June 27, 2005 |

**PRAECIPE**
(Entry of Appearance by Counsel)

Please take notice that David Schertler (D.C. Bar Number 367203), Mark E. Schamel (D.C. Bar Number 463965) and the law firm of Coburn & Schertler, L.L.P., hereby enter their appearance in the above captioned case on behalf of Defendant Larry Solomon.

Respectfully submitted,

**COBURN & SCHERTLER, L.L.P.**

          /s/
David Schertler (Bar No. 367203)
Mark E. Schamel (Bar No. 463965)
1140 Connecticut Avenue, N.W.
Suite 1140
Washington, D.C. 20036
Telephone (202) 628-4199
Facsimile (202) 628-4177

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Praecipe was delivered by first class mail and facsimile this 20th day of June 2005, to:

Assistant United States Attorney Thomas Zeno
United States Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20001
(202) 307-2304

Assistant Federal Defender Mary Petras
Federal Public Defender for the District of Columbia
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7515


　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Mark E. Schamel, Esq.