UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case Number 1:05-cr-00205-RWR |
| ) | Hon. Richard Roberts |
| LARRY SOLOMON, ) | Next Event: Hearing |
| ) | Date: November 4, 2005 |
| Defendant ) | |

**NOTICE OF DEFENDANT'S COUNSEL'S CHANGE OF FIRM NAME**

TO THE CLERK: please take notice that the firm name for counsel for the Defendant has been changed to Schertler & Onorato, LLP (address, telephone and facsimile remain the same).

Respectfully submitted,

**SCHERTLER & ONORATO, L.L.P.**

_____/s/_____
David Schertler (Bar No. 367203)
Mark E. Schamel (Bar No. 463965)
1140 Connecticut Avenue, N.W.
Suite 1140
Washington, D.C. 20036
Telephone: (202) 628-4199
Facsimile: (202) 628-4177

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing Praecipe was delivered by first class mail this 20th day of July 2005, to:

Assistant United States Attorney Kimberly Herd
United States Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20001

Assistant Federal Defender Mary Petras
Federal Public Defender for the District of Columbia
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004


                                                  /s/
                                        Mark E. Schamel