UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LARRY SOLOMON, )<br>    Defendant )<br>) | Case Number 1:05-cr-00205-RWR<br>Next Event:  Status Hearing<br>            November 4, 2005 |

## MOTION BY COUNSEL FOR DEFENDANT TO WITHDRAW APPEARANCE

Counsel for Defendant Larry Solomon, pursuant to District of Columbia Rule of Professional Conduct 1.16, hereby respectfully moves the Court for leave to withdraw their appearance. Mr. Solomon has terminated counsel from further representation. This withdrawal will not result in material adverse effect on Mr. Solomon's interests.

WHEREFORE, we respectfully submit that Defendant's counsel's motion to withdraw should be granted.

Respectfully submitted,

SCHERTLER & ONORATO, LLP

_____s_____
David Schertler (Bar No. 367203)
Mark E. Schamel (Bar No. 463965)
1140 Connecticut Avenue, N.W.
Suite 1140
Washington, D.C. 20036
Telephone (202) 628-4199
Facsimile (202) 628-4177

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to withdraw was delivered by electronic mail and facsimile this 16th day of September 2005, to:

Assistant United States Attorney Thomas Zeno
United States Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20001
(202) 307-2304

/s/
Mark E. Schamel, Esq.