UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LARRY SOLOMON, )<br>     Defendant )<br>) | Case Number 1:05-cr-00205-RWR<br>Next Event:  Status Hearing<br>               November 4, 2005 |

### ORDER

It is **HEREBY ORDERED** that the Motion for Counsel of Defendant to Withdraw Appearance is **HEREBY GRANTED**.

_____     _____
Date                                                              Hon. Judge Richard W. Roberts

Copies to:

Assistant United States Attorney Thomas Zeno
United States Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20001

Mark E. Schamel
Schertler & Onorato, LLP
1140 Connecticut Avenue, N.W.
Suite 1140
Washington, DC 20036