UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.: 05-205 (RWR) |
| | : | |
| v. | : | |
| | : | |
| **LARRY SOLOMON,** | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S MOTION
FOR EXTENSION OF TIME TO FILE MOTIONS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion requesting an extension of time to file motions.

The parties were scheduled to file motions in this case in advance of the status hearing now set for Thursday, November 3, 2005, at 9:15 a.m..

Because of the substitution of new counsel for defendant Solomon, the parties are in need of additional time to confer about the case prior to filing motions.

A new timetable for filing motions can be established at the upcoming status.

WHEREFORE, the government respectfully requests an extension of the time for filing motions until a time established at the status on November 3.

Respectfully submitted,

KENNETH L. WAINSTEIN
D.C. BAR NO. 451058
UNITED STATES ATTORNEY

_____
THOMAS E. ZENO
D.C. Bar No. 348623
Assistant United States Attorney
Fraud & Public Corruption Section
555 Fourth Street, N.W.
Washington, D.C. 20530
202-514-6957

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing Government's Motion for Extension was served via electronic filing upon defense counsel on this 31st day of October 2005:

                Mary Petras, Esquire
          Assistant Federal Public Defender

                                    _____
                                    THOMAS E. ZENO
                                    Assistant United States Attorney