## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.: 05-205 (RWR) |
| | : | |
| **v.** | : | |
| | : | |
| **LARRY SOLOMON,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

This matters comes before the Court upon the motion of the United States requesting an extension of time to file motions. For good cause shown, it is this _____ day of _____ , 2005

ORDERED that the government's motion for an extension of time to file motions is GRANTED, and

IT IS FURTHER ORDERED that a new timetable for motions will be established at the status hearing scheduled for November 3, 2005.

_____
RICHARD W. ROBERTS
United States District Judge

cc:

Mary Petras, Esquire
Assistant Federal Public Defender

Thomas E. Zeno
Assistant United States Attorney