UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 3 1 2005
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

)
UNITED STATES OF AMERICA )
)
v. )   Case Number 1:05-cr-00205-RWR
)   Next Event:  Status Hearing
LARRY SOLOMON, )                November 4, 2005
        Defendant )
)

### ORDER

It is **HEREBY ORDERED** that the Motion for Counsel of Defendant to Withdraw Appearance is **HEREBY GRANTED**.

__10/31/05_____                    _____/s/ RWRoberts_____
Date                                     Hon. Judge Richard W. Roberts

Copies to:

Assistant United States Attorney Thomas Zeno
United States Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20001

Mark E. Schamel
Schertler & Onorato, LLP
1140 Connecticut Avenue, N.W.
Suite 1140
Washington, DC 20036