## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: 05-205 (RWR) |
| | : | |
| v. | : | |
| | : | |
| LARRY SOLOMON, | : | |
| | : | |
| Defendant. | : | |

### ORDER

This matters comes before the Court upon the motion of the United States requesting an extension of time to file motions. For good cause shown, it is this ___3rd___ day of ___November___, 2005

ORDERED that the government's motion for an extension of time to file motions is GRANTED, and

IT IS FURTHER ORDERED that a new timetable for motions will be established at the status hearing scheduled for ~~November~~ February 3, 2006.

_____
RICHARD W. ROBERTS
United States District Judge

cc:

Mary Petras, Esquire
Assistant Federal Public Defender

Thomas E. Zeno
Assistant United States Attorney