UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-205 (RWR)** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **LARRY SOLOMON,** | : | |
| | : | |
| **Defendant** | : | |

### GOVERNMENT'S UNOPPOSED MOTION FOR A NEW STATUS DATE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion for a new status date.

A status hearing in this matter is scheduled for February 3, 2006 at 9:45 a.m.

Subsequent to that hearing being scheduled, the undersigned AUSA learned that he was expected to attend the Health Care Fraud Coordinator's Conference scheduled for February 1 through February 3, 2006, at the National Advocacy Center in South Carolina. The undersigned AUSA is the criminal Health Care Fraud Coordinator for this district. The conference is held only once per year. Although government co-counsel is available on February 1, the undersigned AUSA believes it will be more efficient for the Court and defense counsel if both AUSAs assigned to the case attend the status conference.

Counsel for defendant Solomon has authorized the government to inform the Court that she does not object to a new status date. Further, counsel authorized the government to inform the Court that defendant Solomon will waive his speedy trial rights for the period between February 1 and the new status date.

Counsel for the government and the defendant have consulted with the Court's clerk and suggest the following possible dates for the new status hearing at a time convenient to the Court: February 13th, 17th, 21st, 22nd, or 23rd.

WHEREFORE, the government respectfully requests that a new status hearing be scheduled for one of these dates at a time convenient to the Court.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar No. 451058


_____
Thomas E. Zeno
D.C. Bar No. 348623
Assistant United States Attorney
Fraud and Public Corruption Section
555 Fourth Street, N.W.
Washington, D.C. 20530

## **CERTIFICATE OF SERVICE**

I HEREBY certify that a copy of the foregoing Motion was served via electronic filing on this 22th day of December 2005 to:

Mary Manning Petras
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004

_____
THOMAS E. ZENO
Assistant United States Attorney