UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-205 (RWR)** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **LARRY SOLOMON,** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

This matter comes before the Court upon the government's unopposed motion for a new status date. For the reasons stated in the motion and based upon the entire record in the case, it is this _____ day of _____, 200_

ORDERED that the government's motion is granted; and

IT IS FURTHER ORDERED that the status hearing scheduled for February 3, 2006, at 9:15 a.m. is cancelled; and

IT IS FURTHER ORDERED that the new date and time for the status hearing are the _____ day of February, 2006, at _____.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE