## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                    CRIMINAL NO. 05-205 (RWR)

      v.

LARRY SOLOMON,

          Defendant


## ORDER


This matter comes before the Court upon the government's unopposed motion for a new

status date. For the reasons stated in the motion and based upon the entire record in the case, it is

this **28**th day of **December**, 200**5**

ORDERED that the government's motion is granted; and

IT IS FURTHER ORDERED that the status hearing scheduled for February 3, 2006, at

9:15 a.m. is cancelled; and

IT IS FURTHER ORDERED that the new date and time for the status hearing are

the **17**th day of February, 2006, at **10:15 a.m**.


RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE