AO 455 (Rev. 5/85)  Waiver of Indictment



# United States District Court

———————— DISTRICT OF ————————

FEB 17 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

Larry Solomon

**WAIVER OF INDICTMENT**

CASE NUMBER: 05-205 (RWR)

I, Larry Solomon, the above named defendant, who is accused of false statement regarding health care matter, 18 USC § 1035,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___2-17-06___ prosecution by indictment and consent that the
                                                           Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
        Judicial Officer