IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 05-205 (RWR) |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| | : | |
| LARRY SOLOMON, | : | 18 U.S.C. § 1035 (a)(2) |
| | : | (False Statements Regarding |
| Defendant. | : | Health Care Matters); |
| | : | 18 U.S.C. § 2 |
| | : | (Causing an Act to be Done) |



## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, LARRY SOLOMON, agrees and stipulates as follows:

1. Between in or about February 2001 until in or about May 2005, LARRY SOLOMON, was a physician assistant who provided services in the District of Columbia.

2. BPS Medical and Rehabilitation, P.L.L.C. ("BPS Medical") was incorporated in the District of Columbia. Among other services, BPS Medical provided health care to the public through home visits to senior citizens living in private and public residential buildings throughout the District of Columbia.

3. BPS Medical and LARRY SOLOMON, participated in the Medicare and Medicaid programs.

### The Medicaid Program

4. Medicaid was a government sponsored health insurance program for eligible low-income and needy individuals, such as children and the disabled. Medicaid was jointly financed with federal and District of Columbia funds.

5. Medicaid was a "health care benefit program" as defined in 18 U.S.C. Section 24(b) because it was a public plan or contract, affecting commerce, under which medical benefits, items, and services were provided to individuals. The Medicaid program required that in order to be reimbursable, medical services or treatments provided by a health care provider had to be "reasonable and necessary."

### The Medicare Program

6. Medicare was a government sponsored health insurance program for individuals 65 years and older, for certain disabled individuals, and for Social Security recipients. The Medicare program was primarily funded through appropriations from the United States Treasury. Medicare was administered by the Centers for Medicare and Medicaid Services ("CMS").

7. Medicare was a "health care benefit program" as defined in 18 U.S.C. Section 24(b) because it was a public plan or contract, affecting commerce under which medical benefits, items, and services were provided to individuals.

8. Medicare reimbursed health care institutions and professionals such as physicians on a "fee for service" basis through at least two different programs. First, Part A of Medicare provided reimbursement for hospital stays and similar related medical services. Second, Part B of Medicare provided payment for doctors' services, outpatient hospital services, certain home health services, medical equipment and supplies, and other related services. The Medicare program required that in order to be reimbursable, medical services or treatments provided by a health care provider had to be "reasonable and necessary."

9. On or about May 31, 2002, LARRY SOLOMON knowingly stated in his application to Medicare for BPS Medical to become an authorized Medicare provider, that he had no adverse

legal history. This was a materially false statement because, in fact, LARRY SOLOMON, had been convicted of Medicaid fraud in the state of Maryland on or about October 24, 1988, for submitting claims for dates on which no services were provided and for failing to be directly supervised by a physician as required.

Date: 2/3/06

Larry Solomon
Defendant

Date: 2/3/06

Mary Petras
Attorney for Defendant, Larry Solomon

-3-