```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA     :

                             :    Cr. No. 05-205 (RWR)
     v.
                             :

LARRY SOLOMON                :
```

## MOTION TO CONTINUE SENTENCING HEARING AND
## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Mr. Larry Solomon, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing hearing scheduled for May 5, 2006.  In support of this motion, counsel states:

1.  On February 17, 2006, Mr. Solomon pleaded guilty to one count of False Statement Relating to Health Care Matters, in violation of 18 U.S.C. § 1035.  At that time, the Court scheduled the sentencing hearing for May 5, 2006.

2.  The United States Probation Office has prepared a draft of the Presentence Investigation Report.  The government has asked the Probation Office to amend the report by significantly increasing the guideline range.  Mr. Solomon submits that such an increase is not appropriate.

3.  Government counsel has agreed to provide undersigned counsel with a review of the evidence that the government claims supports its request.  Counsel have arranged to meet on April 25, 2006.

4. Undersigned counsel needs additional time to review these materials and prepare a response to the government's submission to the probation office.

5. Undersigned counsel spoke with Assistant United States Attorney Thomas Zeno, who represented that the government does not oppose extending the time for undersigned counsel to submit objections and a response to the Probation Office and continuing the sentencing hearing.

6. Counsel proposed the following schedule: defendant's objections to initial Presentence Investigation Report due to probation office on or before May 19, 2006; final Presentence Investigation Report due on June 2, 2006; and Sentencing Memorandum due to Court on June 16, 2006. All counsel are available for a sentencing hearing at any time on June 26, 27, 18, or 29.

WHEREFORE, for the foregoing reasons, counsel respectfully requests that the Court continue the sentencing hearing and extend the time for filing objections and sentencing memorandums.

Respectfully submitted,

/s/

_____
Mary Manning Petras
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20001
(202) 208-7500