```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES OF AMERICA     :
                             :    Cr. No. 05-205 (RWR)
       v.                    :
                             :
LARRY SOLOMON                :

## ORDER

Upon consideration of defendant's unopposed Motion to Continue Sentencing Hearing and finding good cause shown, it is this __ day of _____, 2006, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the defendant's objections to the initial Presentence Investigation Report are due to Probation Office on or before May 19, 2006; and it is further

ORDERED that the final Presentence Investigation Report is due on June 2, 2006; and it is further

ORDERED that all sentencing memorandums are due to Court on or before June 16, 2006; and it is further

ORDERED that the sentencing hearing in this matter is scheduled for _____.

                                    _____
                                    The Honorable Richard W. Robert
                                    United States District Judge