UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

                v.            :   Cr. No. 05-205 (RWR)

                           :

LARRY SOLOMON                 :

FILED
MAY 3 - 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of defendant's unopposed Motion to Continue Sentencing Hearing and finding good cause shown, it is this 3rd day of May, 2006, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the defendant's objections to the initial Presentence Investigation Report are due to Probation Office on or before May 19, 2006; and it is further

~~ORDERED that the final Presentence Investigation Report is due on June 2, 2006; and it is further~~

ORDERED that all sentencing memorandums are due to Court on or before June 16, 2006; and it is further

ORDERED that the sentencing hearing in this matter is scheduled for June 30, 2006 at 3:30pm.

                                          _____
                                          The Honorable Richard W. Roberts
                                          United States District Judge