**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**         :

                                     :      **Cr. No. 05-205 (RWR)**
        **v.**
                                     :

**LARRY SOLOMON**                    :

### UNOPPOSED MOTION TO EXTEND TIME FOR FILING AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Mr. Larry Solomon, the defendant, through undersigned counsel, respectfully moves this Honorable Court to extend the time for filing a sentencing memorandum from June 16, 2006, to June 23, 2006.  In support of this motion, counsel states:

1.  Undersigned counsel spoke with Assistant United States Attorney Thomas Zeno, who represented that the government does not oppose this motion.

2.  In an order dated May 4, 2006, the Court extended the time for filing a sentencing memorandum to June 16, 2006.

3.  Undersigned counsel has not yet received the final Presentence Investigation Report.  Counsel expects to receive the report during the week of June 19, 2006.

4.  Counsel needs an opportunity to review the final report before filing a sentencing memorandum.

WHEREFORE, for the foregoing reasons, counsel respectfully requests that the Court extend the time for filing a sentencing memorandum from June 16, 2006, to June 23, 2006.

Respectfully submitted,

/s/

_____
Mary Manning Petras
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.   20001
(202) 208-7500