```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA**      :

                                                     :      Cr. No. 05-205 (RWR)
    **v.**

                                                   :

**LARRY SOLOMON**                 :

## ORDER

Upon consideration of defendant's Unopposed Motion to Continue Extend Time and finding good cause shown, it is this __ day of _____, 2006, hereby

ORDERED that the motion is GRANTED.

_____
The Honorable Richard W. Robert
United States District Judge