| | | |
|---|---|---|
| STATE OF MARYLAND | * | IN THE |
| V. | * | CIRCUIT COURT FOR |
| LARRY SOLOMON | * | _Balto. City_ |
| | * | CRIMINAL NO. 28829801 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## STATEMENT OF FACTS

The State of Maryland, by J. Joseph Curran, Jr., Attorney General, and Melanie M. Shaw, Assistant Attorney General, submits the following State of Facts in support of the plea entered hereby by the Defendant, LARRY SOLOMON (hereinafter referred to as SOLOMON). The State would prove the following in the event this matter went to trial:

The Maryland Medical Assistance Program (hereinafter referred to as Medicaid) is a State plan established by Title XIX of the Social Security Act of 1939 to provide medical services to indigent Maryland citizens. The Medicaid Program is administered by the Department of Health and Mental Hygiene, located in Baltimore City, Maryland. All applications for payment to providers are submitted to the Department of Health and Mental Hygiene in Baltimore City. The Medicaid Program covers medically necessary services performed by a physician or a certified physician's assistant under the physician's direct supervision.

At all times pertinent hereto, the Safford Health Clinic, Inc. (hereinafter referred to as Safford Clinic), under the medical direction of Leon Brown, M.D., was certified as a Medicaid provider. The clinic began operations in Capitol Heights, Maryland and in April, 1986, the clinic moved to Cambridge, Maryland. SOLOMON was employed as a physician's assistant and provided primary medical care to Medicaid recipients. SOLOMON was also responsible for submitting Medicaid billings to the Department of Health and Mental Hygiene. All billings reflect that the medical services were provided by a physician's assistant. SOLOMON'S signature is affixed to each bill and is countersigned by Leon Brown's signature.

In April, 1987, SOLOMON began making alterations to patient files. The alterations reflected additional services which had not, in fact, been performed. The State would produce witnesses who would testify that they did not receive the services billed to Medicaid.

For example, witnesses would testify that they never visited the clinic on Sunday. However, SOLOMON submitted fifteen (15) billings for medical services on various Sundays. Employees of Safford Clinic would testify that the clinic was never open on Sundays.

SOLOMON also submitted billings for holidays such as Christmas and Easter. Patients would testify that they did not

-2-

seek or receive medical services on the holidays billed to the Medicaid Program. Employees would testify that the clinic was closed on holidays.

The total amount of fictitious billings submitted to and paid by Medicaid is five thousand dollars ($5,000.00). SOLOMON has agreed to make treble restitution of the monies received from the false billings, as authorized by Section 15-123(b), Health General Article, Annotated Code of Maryland. SOLOMON has also agreed to make restitution in the amount of ten thousand dollars ($10,000.00) for monies received from Medicaid for medical acts performed by him without the supervision of a practicing physician. SOLOMON routinely conducted physical and gynecological examinations, diagnosed illnesses, and prescribed medication. The patients would identify SOLOMON as the physician who treated them. Employees denied that any physicians worked in the clinic on a routine basis.

When Safford patients were subsequently examined by licensed physicians, it was determined that medication had been prescribed improperly and unnecessarily. SOLOMON'S misdiagnoses placed patients at serious risk.

Medicaid regulations require that a physician's assistant work under the direct supervision of a physician. It is unlawful for a physician's assistant to practice independent of a physician. The total amount of restitution SOLOMON has agreed to

make is twenty-five thousand dollars ($25,000.00).

          Respectfully submitted,

          J. JOSEPH CURRAN, JR.
          ATTORNEY GENERAL

          _____
          Melanie M. Shaw
          Assistant Attorney General
          Munsey Building - 7th Floor
          7 N. Calvert Street
          Baltimore, Maryland   21202
          Telephone:   (301) 576-6522

          _____
          Larry Solomon
          Defendant

          _____
          Morris Sochaczewski, Esq.
          6776 Reisterstown Road
          Baltimore, Maryland   21215
          Telephone:   (301) 358-8200
          Counsel for Defendant