UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-205 (RWR)** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **LARRY SOLOMON,** | : | |
| | : | |
| **Defendant** | : | |

**GOVERNMENT'S UNOPPOSED MOTION
TO DISCLOSE A GRAND JURY MATTER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion to disclose a grand jury matter.

Sentencing in this matter is scheduled for June 30, 2006.

The government anticipates that, at the sentencing hearing, it will present to the Court the grand jury testimony of some employees of BPS Medical regarding the billing practices of the company.

In order to allow the defendant to prepare for the sentencing hearing, the government requests permission to disclose to counsel for the defendant the testimony it plans to present to the Court at the sentencing hearing. This disclosure is permitted by Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, which provides:

> (E) The court may authorize disclosure - at a time, in a manner, and subject to any other conditions that it directs - of a grand-jury matter:
>
> > (i) preliminarily to or in connection with a judicial proceeding;

Counsel for defendant Solomon has authorized the government to inform the Court that she does not object to this motion for disclosure.

WHEREFORE, the government respectfully requests permission to disclose a grand jury matter.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar No. 451058


_____
Thomas E. Zeno
D.C. Bar No. 348623
Assistant United States Attorney
Fraud and Public Corruption Section
555 Fourth Street, N.W.
Washington, D.C. 20530

## **CERTIFICATE OF SERVICE**

I HEREBY certify that a copy of the foregoing Motion was served via electronic filing on this 26th day of June 2006 to:

Mary Manning Petras  
Assistant Federal Public Defender  
625 Indiana Avenue, N.W., Suite 550  
Washington, D.C. 20004

                                        _____  
                                        THOMAS E. ZENO  
                                        Assistant United States Attorney