UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-205 (RWR) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LARRY SOLOMON, | : | |
| | : | |
| Defendant | : | |

ORDER

This matter comes before the Court upon the government's unopposed motion to disclose a grand jury matter, that is the testimony of employees of BPS Medical which the government plans to present at the sentencing hearing. For the reasons stated in the motion, under the authority of Fed. R. Crim. P. 6(e)(3)(E)(i), and based upon the entire record in the case, it is this 30th day of June, 2006

ORDERED that the government's motion is GRANTED and the government may disclose the grand jury testimony to counsel for defendant which it plans to present at the sentencing hearing.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE