UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 05-205 (RWR) |
| | ) |
| LARRY SOLOMON, | ) |
| | ) |
| Defendant. | ) |

FILED
JUL 5 - 2006
NANCY MAYER-WHITTINGTON CLERK
U.S. DISTRICT COURT

ORDER

It is hereby

ORDERED that the parties shall file any supplemental sentencing memoranda and accompanying exhibits no later than October 13, 2006.

SIGNED this 3rd day of July, 2006.

/s/ RW Roberts
RICHARD W. ROBERTS
United States District Judge