UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 5 - 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Action No. 05-205 (RWR) |
| LARRY SOLOMON, | ) |
| Defendant. | ) |

ORDER

It is hereby

ORDERED that the sentencing set for July 3, 2006 at 2 p.m. be, and hereby is, RESCHEDULED at the parties' request to October 27, 2006 at 9:30 a.m.

SIGNED this 30th day of June, 2006.

RICHARD W. ROBERTS
United States District Judge