```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) Criminal Action No. 05-205 (RWR) |
| | ) |
| **LARRY SOLOMON,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

It is hereby

ORDERED that the sentencing date of October 27, 2006 be, and hereby is, VACATED. Counsel shall confer and file by September 20, 2006 a joint memorandum suggesting three mutually agreeable dates on which to reschedule the sentencing proceeding.

SIGNED this ____ day of September, 2006.


                                    _____
                                    RICHARD W. ROBERTS
                                    United States District Judge