**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____ )
                                )
**UNITED STATES OF AMERICA,**       )
                                )
    **v.**                          ) **Criminal Action No. 05-205 (RWR)**
                                )
**LARRY SOLOMON,**                  )
                                )
      **Defendant.**              )
_____ )

<u>**ORDER**</u>

    It is hereby

    ORDERED that the sentencing date of October 27, 2006 be, and hereby is, VACATED.  Counsel shall confer and file by September 20, 2006 a joint memorandum suggesting three mutually agreeable dates on which to reschedule the sentencing proceeding.

    SIGNED this 15th day of September, 2006.


                        _____/s/_____
                        RICHARD W. ROBERTS
                        United States District Judge