UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Action No. 05-205 (RWR) |
| LARRY SOLOMON, | ) |
| Defendant. | ) |

## ORDER

It is hereby

ORDERED that the sentencing date of October 27, 2006 be, and hereby is, VACATED. Counsel shall confer and file by September 20, 2006 a joint memorandum suggesting three mutually agreeable dates on which to reschedule the sentencing proceeding.

SIGNED this 15th day of September, 2006.

_____
RICHARD W. ROBERTS
United States District Judge