IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No.  05-205 (RWR) |
| | : | |
| v. | : | |
| | : | |
| **LARRY SOLOMON,** | : | |
| | : | |
| Defendant. | : | |

### JOINT SUBMISSION OF PROPOSED SENTENCING DATES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Larry Solomon, by and through his attorney, Assistant Federal Public Defender Mary Petras, respectfully submit this list of mutually agreeable, proposed sentencing dates:  November 1, November 2, and November 20, 2006.

Respectfully submitted,

KENNETH L.  WAINSTEIN
United States Attorney
D.C. Bar # 451058

_____
Thomas E. Zeno
Assistant United States Attorney
D.C. Bar No. 348623
and
Kim Herd
Assistant United States Attorney
D.C. Bar No. 461615
United States Attorney's Office
555 4th Street, N.W., Room 5243
Washington, D.C.  20530
(202) 514-6957

## **CERTIFICATE OF SERVICE**

      I HEREBY certify that a copy of the foregoing Joint Submission was served via electronic filing on this 18th day of September 2006 to:

Mary Petras, Esquire<br>
Assistant Federal Public Defender<br>
Suite 555<br>
625 Indiana Avenue, N.W.<br>
Washington, D.C. 20004

                                        _____
                                        Thomas E. Zeno
                                        Assistant United States Attorney