**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **Criminal No.  05-205 (RWR)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **LARRY SOLOMON,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |


<u>**ORDER**</u>

It is hereby

ORDERED, with the consent of the parties, that the sentencing in this matter is scheduled

for November _____, 2006, at _____ am.

Signed this _____ day of September, 2006.


_____
RICHARD W. ROBERTS
United States District Judge