UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
     v.                        ) Criminal Action No. 05-205 (RWR)
                               )
LARRY SOLOMON,                 )
                               )
     Defendant.                )
_____)
```

**ORDER**

It is hereby

ORDERED that the sentencing hearing be, and hereby is, SCHEDULED for November 1, 2006 at 9:15 a.m.

SIGNED this 4th day of October, 2006.

```
                          /s/
                 _____
                 RICHARD W. ROBERTS
                 United States District Judge
```