UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-205 (RWR)** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **LARRY SOLOMON,** | : | |
| | : | |
| **Defendant** | : | |

**GOVERNMENT'S UNOPPOSED MOTION
TO DISCLOSE A GRAND JURY MATTER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion to disclose a grand jury matter.

Sentencing in this matter is scheduled for November 1, 2006.

At the hearing the government will rely, in part, upon grand jury testimony of some employees of BPS Medical regarding the billing practices of the company.

In order to allow the defendant to prepare for the sentencing hearing, the government obtained permission from the Court to disclose to counsel for the defendant the testimony it plans to present to the Court at the sentencing hearing.

In order to prepare for the hearing, counsel for the defendant has requested additional grand jury testimony. The government does not object to providing the testimony. This disclosure is permitted by Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, which provides:

      (E) The court may authorize disclosure - at a time, in a manner, and subject to any other conditions that it directs - of a grand-jury matter:

           (i) preliminarily to or in connection with a judicial proceeding;

Counsel for defendant Solomon has authorized the government to inform the Court that she does not object to this motion for disclosure.

WHEREFORE, the government respectfully requests permission to disclose a grand jury matter.

                          Respectfully submitted,

                          Jeffrey A. Taylor
                          United States Attorney
                          D.C. Bar No. 498610

                          _____

                          Thomas E. Zeno
                          D.C. Bar No. 348623
                          Assistant United States Attorney
                          Fraud and Public Corruption Section
                          555 Fourth Street, N.W.
                          Washington, D.C. 20530

## **CERTIFICATE OF SERVICE**

I HEREBY certify that a copy of the foregoing Motion was served via electronic filing on this 26th day of October 2006 to:

>Mary Manning Petras
>Assistant Federal Public Defender
>625 Indiana Avenue, N.W., Suite 550
>Washington, D.C. 20004

>_____
>Thomas E. Zeno
>Assistant United States Attorney