**ATTACHMENT A**

Case 1:05-cr-00205-RWR    Document 51-2    Filed 11/29/2006    Page 1 of 2



U. S. Department of Justice
Federal Bureau of Prisons
Mid-Atlantic Region
*Federal Prison Camp*
*Box A*

*Alderson, WV 24910-0700*

September 12, 2006

MEMORANDUM FOR THE INMATE POPULATION AT FPC ALDERSON, WV

FROM:   Deborah A. Hickey, Warden

SUBJECT:   Halfway House Placements

    This is in response to the recent Inmate Request to Staff Member forms that have been forwarded to my office during the last week regarding numerous requests for immediate placement and/or 180 day placement to halfway house or home confinement pursuant to BOP Program Statement 7310.04. In support of these requests, several cases have been referenced, including Woodall v. Bureau of Prisons, 432 F.3d 235 (3d Cir. 2005), Fults v. Sand s, 442 F.3d 1088 (8th Cir. 2006), and Levine v. Apker, 455 F.3d 71 (2d Cir. 2006).

    In review of these requests, we have contacted our Legal Center at FCI Beckley, and we have been informed that these decisions are not binding law in the Fourth Circuit, which covers Maryland, Virginia, West Virginia, North Carolina and South Carolina. Accordingly, institution staff at institutions within the Fourth Circuit are not bound by these cases when making decisions regarding inmate Residential Reentry Center ("RRC", formerly known as Community Confinement Centers or CCCs) placements. However, if you were sentenced in a United States District Court within the Third Circuit (Delaware, New Jersey, and Pennsylvania), the Eighth Circuit (Arkansas, Iowa, Missouri, Minnesota, Nebraska, South Dakota, and North Dakota), or the Second Circuit (New York, Connecticut, and Vermont), and the court recommended a direct placement to a RRC, you should submit a request to ISM to have your placement reconsidered.