UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Cr. No. 05-205 (RWR) |
| v. | | |
| | : | |
| **LARRY SOLOMON** | : | |

## NOTICE OF FILING

Mr. Larry Solomon, the defendant, respectfully submits the attached proposed Order, which counsel mistakenly failed to file with Mr. Solomon's Motion to Clarify Judgment filed on November 30, 2006.

Respectfully submitted,

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500