UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Cr. No. 05-205 (RWR) |
| v. | | |
| | : | |
| **LARRY SOLOMON** | : | |

**ORDER**

Upon consideration of Defendant's Motion to Clarify Judgment, it is this _____ day of November, 2006, hereby

ORDERED that the motion is GRANTED.

_____
THE HONORABLE RICHARD W. ROBERTS