**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Criminal No.: 05-205 (RWR)** |
| | : | |
| **v.** | : | |
| | : | |
| **LARRY SOLOMON,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

This matter comes before the Court upon the motion of the defendant to clarify his Judgment and Commitment Order.  The government has opposed the motion.  For the reasons stated by the government in its opposition, it is this _____ day of December 2006,

ORDERED that the defendant's motion is DENIED as inappropriate under Fed. R. Crim. P. 35(a).  The Judgment and Commitment Order is clear and unambiguous.  The defendant's proper remedy is a habeas corpus petition pursuant to 28 U.S.C. § 2241.


_____
RICHARD W. ROBERTS
United States District Judge


cc:

Mary Petras, Esquire
Assistant Federal Public Defender

Thomas E. Zeno
Assistant United States Attorney