CO-290
Rev. 3/88

Notice of Appeal Criminal

# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Criminal No. 05-205 (RWR) |
| ) | |
| LARRY SOLOMAN ) | |
| ) | |

**NOTICE OF APPEAL**

FILED
JAN - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant        United States of America

Name and address of appellant's attorney    Roy W. McLeese III
United States Attorney's Office
Room 804
Washington, D.C. 20530

Offense: 18 USC 1035

Concise statement of judgment or order, giving date, and any sentence

   Judgment of conviction and sentence of 6 months' imprisonment (with a half-way house recommendation), plus 180 days' supervised release in the Supervised Home Detention Electronic Program.

Name and institution where now confined, if not on bail: N/A

   I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_January 8, 2007_         _United States_
DATE                APPELLANT

                _Roy W. McLeese III_
CJA, NO FEE _N/A_        ATTORNEY FOR APPELLANT
PAID USDC FEE
PAID USCA FEE
Does counsel wish to appear on appeal? Yes/No
Has counsel ordered transcripts? Yes/No
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes/No

Docketing Statement Submitted