UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Cr. No. 05-205 (RWR) |
| v. | : | |
| | : | |
| **LARRY SOLOMON** | : | |

**UNOPPOSED MOTION TO STAY ORDER TO SELF REPORT**

Mr. Larry Solomon, the defendant, through undersigned counsel, respectfully moves this Honorable Court to stay its February 5, 2007, order, directing Mr. Solomon to surrender to the custody of the Bureau of Prisons (hereinafter "BOP") by 2 p.m., on March 1, 2007.

In support of this motion counsel states:

1. On February 12, 2007, undersigned counsel received a voicemail message from Assistant United States Attorney Thomas Zeno, who represented that the government does not oppose this motion.

2. On November 29, 2006, the Court sentenced Mr. Solomon to a six month term of incarceration with a recommendation to the BOP that his term be served in a halfway house with work release privileges.

3. On February 2, 2007, the United States Probation Office sent Mr. Solomon a notice, informing him that the BOP has designated the Federal Correctional Institution in Cumberland, Maryland (hereinafter "FCI Cumberland"), as the facility where he shall serve his sentence. On February 5, 2007, the Court issued an order directing Mr. Solomon to report to FCI Cumberland by 2 p.m., on March 1, 2007.

4.Upon information and belief, the BOP did not, as required under 18 U.S.C. § 3621, take the Court's halfway house recommendation into consideration when designating the facility in which Mr. Solomon should serve his sentence, but instead followed the BOP regulations which categorically prohibit service of all but ten percent of the six month sentence in a halfway house. See 28 C.F.R. §§ 570.20, 570.21.

5.The BOP's regulations and the BOP's failure to consider this Court's recommendation violated 18 U.S.C. § 3621. See Levine v. Apker, 455 F.3d 71 (2d Cir. 2006); Fults v. Sandals, 442 F.3d 1088 (8th Cir. 2006); Woodall v. Bureau of Prisons, 432 F.3d 235 (3d Cir. 2005); Jasperson v. Federal Bureau of Prisons, 460 F.Supp.2d 76 (D.D.C. 2006) (HHK).

6.Mr. Solomon intends to file a civil suit in order to seek an order directing the BOP to consider this Court's recommendation.[1] Mr. Solomon expects to have the suit filed no later than March 1, 2007.

7.If Mr. Solomon is required to report on March 2, 2007, he is likely to have served at least a significant portion of his sentence before the issue is resolved and the remedy he seeks would be moot.

8.Mr. Solomon respectfully notes that he has been on release in this matter since his arrest on May 24, 2005, and has abided by the conditions of his release.

WHEREFORE, for the foregoing reasons, Mr. Solomon respectfully moves this Honorable Court to stay its February 5, 2007, order directing him to report to the BOP.

---

[1] In Jasperson, the Honorable Henry H. Kennedy, Jr., found that a civil action against the BOP was appropriate under similar circumstances. See Jasperson, 460 F.Supp.2d at 81-83.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500