UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Cr. No. 05-205 (RWR) |
| v. | |
| : | |
| **LARRY SOLOMON** : | |

### ORDER

Upon consideration of defendant's Unopposed Motion to Stay Order to Self Report, and finding good cause shown, it is this __ day of February, 2007, hereby

ORDERED that the motion is GRANTED.

_____
THE HONORABLE RICHARD W. ROBERTS