UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 14 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA       :

                               :    Cr. No. 05-205 (RWR)
        v.                     :

                               :
LARRY SOLOMON                  :

### ORDER

Upon consideration of defendant's Unopposed Motion to Stay Order to Self Report, and finding good cause shown, it is this 12th day of February, 2007, hereby

ORDERED that the motion is GRANTED.

_____
THE HONORABLE RICHARD W. ROBERTS